IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| ADVOCAT, INC., ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 1:10CV00082 SWW |
| | * | |
| TERESA BENTON, | * | |
| | * | |
| Defendant. | * | |

**Order of Voluntary Dismissal**

Before the Court is plaintiffs' notice of voluntary dismissal of their complaint pursuant to Fed.R.Civ.P. 41(a). Defendant does not object.

IT IS THEREFORE ORDERED that plaintiffs' complaint is dismissed without prejudice.

DATED this 29th day of July, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE